**Noe SALAZAR–RODRIGUEZ, Petitioner**

v.

**Eric H. HOLDER, Jr., U.S. Attorney General, Respondent.**

No. 09–60912

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 22, 2010.

Jodilyn Marie Goodwin, Law Office of Jodi Goodwin, Harlingen, TX, for Petitioner.

---

Gregory Michael Kelch, Thankful Townsend Vanderstar, Tangerlia Cox, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent.

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Mexican citizen Noe Salazar–Rodriguez petitions for review of the decision of the Board of Immigration Appeals (BIA) determining that he is ineligible for cancellation of removal pursuant to 8 U.S.C. § 1229b(a) because his 1996 Texas deferred adjudication conviction of possession of marijuana constituted an aggravated felony due to two prior convictions of possession of controlled substances.

Salazar–Rodriguez's 1996 deferred adjudication was not treated as a recidivist offense in state court. It therefore does not constitute an aggravated felony for purposes of federal immigration law. The 1996 conviction does not render him ineligible to be considered for cancellation of removal. *See* *Carachuri–Rosendo* *v.* *Holder,* —— U.S. ——, 130 S.Ct. 2577, 2580, 2589, 177 L.Ed.2d 68 (2010). Salazar–Rodriguez's petition for review is GRANTED. The order of the BIA is VACATED and the case is REMANDED to allow Salazar–Rodriguez to pursue cancellation of removal in light of the Supreme Court's ruling in *Carachuri–Rosendo.*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

